■ MICHAEL R. EBELING, Appellant, v JOSHUA R. WALKER et al., Respondents. [36 NYS3d 613]—Appeal from an order of the Supreme Court, Erie County (Henry J. Nowak, Jr., J.), entered July 7, 2015. The order denied the motion of plaintiff for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties, and filed in the Erie County Clerk's Office on February 22, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Carni, DeJoseph, Curran and Troutman, JJ.